UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JORGE MARTINEZ,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-690-CEM-CAB**

**SOUTH COLLEGE, BETH LEAHY, CLAUDINE BENTHAM, KETURAH CORNEILLE, LARRINN BAY and MIA THOMAS-WOLFE,**

**Defendants.**

______________________________/

# ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 7), recommending that the Motion be denied without prejudice, that Plaintiff's Complaint (Doc. 1) be dismissed with leave to amend.[1]

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

[1] Following issuance of the R&R, Plaintiff filed an Amended Complaint (Doc. 9). The Court will accept this as properly filed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED without prejudice.**
3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**
4. Plaintiff's Amended Complaint (Doc. 9) is accepted as properly filed.
5. **On or before November 17, 2026**, Plaintiff shall file a renewed motion to proceed *in forma pauperis* or pay the filing fee. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party